185 So.2d 221

**Daisy Primas SMITH**

v.

**NEW YORK FIRE & MARINE UNDER-WRITERS et al.**

No. 48136.

May 2, 1966.

In re: Daisy Primas Smith applying for certiorari, or writ of review, to the Court

of Appeal, First Circuit, Parish of East Baton Rouge. 182 So.2d 741.

The application is denied. According to the facts of the case as found by the Court of Appeal there appears no error of law in the judgment complained of.